# United States District Court
## Violation Notice

**CVB Location Code:** CC63

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FABC00R6 | Marcus | 1896 |

FABC00R6

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 06/19/2024 14:50
**Offense Charged:** FED 36 CFR 261.17
**Place of Offense:** OAK SPRINGS DAY USE

**Offense Description: Factual Basis for Charge**
36 CFR 261.17 - FAILURE TO PAY REC FEE

HAZMAT ☐

### DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Green | Garrit | G |

Street Address:

City: | State: | Zip Code: | Date of Birth (mm/dd/yyyy):

Drivers License No.: | CDL ☐ | D.L. State: | Social Security No.:

Adult ☐  Juvenile ☐   Sex: M ☐  F ☐   Race:   Hair:   Eyes:   Height:   Weight:

### VEHICLE

VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 7TWE363 | CA | 2015 | FORD/FIESTA | ☐ | SIL |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| $ 100.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| **PAY THIS AMOUNT** $ 130.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 255 East Temple Street CA, Los Angeles, California 90012

Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete       Original - CVB Copy       FS-5300-4 (7/05)

FABC00R6

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  06/19/2024  while exercising my duties as a law enforcement officer in the  Central  District of  CA

Pursuant to 16USC 551: While on patrol on the Angeles National Forest / San Gabriel Mountains National Monument in a marked law enforcement vehicle, and in full uniform I observed a Nissan Sentra parked and idling in the Oak Springs Day Use Area. Oak Springs Day Use Area is a Federal Lands Recreation Enhancement Act Developed Recreation Area. On that day and at that time signs were posted indicating parked vehicles are required to display a valid recreation pass.  The vehicle was parked in the roadway and not in a parking stall. I observed a large ammount of trash and property on the ground next to the vehicle. I  announced my presence and  the occupants did not respond, I called out several times, and activated my elecronic horn. observed a male and female walking away from a parked silver Ford Fiesta bearing California license plate 7TWE363. The male later identified as Garrit G. Green confirmed he had parked the Ford at the location, and he was the registered owner of the vehicle. The vehicle was not displaying a recreation fee pass commonly known as an Adventure Pass or America the Beautiful Pass/ Garrit G. Green was told that I was performing recreation fee compliance checks, and Green stated that he had a pass however he did not have the pass with him. TITLE VIII--FEDERAL LANDS RECREATION ENHANCEMENT ACT SEC. 12. ENFORCEMENT AND PROTECTION OF RECEIPTS states (b) Evidence of Nonpayment.--If the display of proof of payment of a recreation fee, or the payment of a recreation fee within a certain time period is required, failure to display such proof as required or to pay the recreation fee within the time period specified shall constitute nonpayment. (c) Joint Liability.--The registered owner and any occupant of a vehicle charged with a nonpayment violation involving the vehicle shall be jointly liable for penalties imposed under this section, unless the registered owner can show that the vehicle was used without the registered owner's express or implied permission. Garrit G. Green was issued a violation notice for a violation of 36 CFR 261.17 Failure to pay any recreation fee is prohibited. Notwithstanding 18 U.S.C. 3571(e), the fine imposed for the first offense of nonpayment shall not exceed $100.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above
and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  06/19/2024
Date (mm/dd/yyyy)      Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:  _____
Date (mm/dd/yyyy)      U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;      PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;      CMV = Commercial vehicle involved in incident